| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00185-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Tue Jun  4 09:33:47 EDT 2024 | 4935 NHB AVE NE LLC<br>4935 Nannie Helen Burroughs Ave, NE#<br>Washington, DC 20019-5400 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Alicia Hurst<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 2<br>Washington, DC 20019-3676 | Allen Reeves<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 6<br>Washington, DC 20019-5400 |
| Ashleigh Palmer<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 3<br>Washington, DC 20019-3677 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 |
| Department of Consumer and Regulatory Af<br>1100 4th St SW<br>Washington, DC 20024-4451 | Dijonia Hines<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 4<br>Washington, DC 20019-3678 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Latoia Harris<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 1<br>Washington, DC 20019-3679 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | Rodger Otey<br>4935 Nannie Helen Burroughs Ave, NE<br>Unit 5<br>Washington, DC 20019-3676 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     0<br>Total                  22 |