```
Label Matrix for local noticing          1416 EASTERN AVE NE LLC              (p)CHILD SUPPORT SERVICES DIVISION
0090-1                                   700 51st Street NE#102B              ATTN LEGAL SERVICES SECTION
Case 24-00180-ELG                        Washington, DC 20019-5549            400 SIXTH ST NW
United States Bankruptcy Court for the Distri                                 SUITE 8300
Washington, D.C.                                                              WASHINGTON DC 20001-0189
Sun Jun 23 20:55:33 EDT 2024

TD Bank, N.A.                            Washington, D.C.                     DC Office of Tax and Revenue
c/o Michael D. Nord                      E. Barrett Prettyman U. S. Courthouse 1101 4th St., SW #270
Gebhardt & Smith LLP                     333 Constitution Ave, NW #1225       Washington, DC 20024-4457
One South Street                         Washington, DC 20001-2802
Suite 2200
Baltimore, MD 21202-3343

District of Columbia Water and Sewer Aut Donnell Ray                          Fontavia Griffin
1385 Canal Street, SE                    1416 Eastern Avenue, NE Unit 102     1416 Eastern Avenue, NE Unit B2
Washington, DC 20003-5015                Washington, DC 20019-8136            Washington, DC 20019-8136


Internal Revenue Service                 Lena Carter                          Massey Property Investors LLC
PO Box 7346                              1416 Eastern Ave., NE Unit B1        12320 Quilt Patch Ln.
Philadelphia, PA 19101-7346              Washington, DC 20019-8136            Bowie, MD 20720-4359


Michael D. Nord, Esq.                    Michelle Christian                   Pepco
Gebhardt & Smith LLP                     1416 Eastern Avenue, NE Unit 201     P.O. Box 13608
One South Street Suite 2200              Washington, DC 20019-8136            Philadelphia, PA 19101-3608
Baltimore, MD 21202-3343


Pro Painting & Remodeling Inc.           TD Bank, N.A.                        Tyesha Goode
15105 Jennings Ln.                       5900 N. Andrews Ave. Suite 200       1416 Eastern Avenue, NE Unit 101
Bowie, MD 20721-7208                     Fort Lauderdale, FL 33309-2371       Washington, DC 20019-8136


U. S. Trustee for Region Four            US Realty LLC                        Washington Gas and Light Company
U. S. Trustee's Office                   2300 N ST NW STE 300-RLK             1000 Maine Ave SW 7th Floor
1725 Duke Street                         Washington, DC 20037-1122            Washington, DC 20024-3496
Suite 650
Alexandria, VA 22314-3489
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Office of the Attorney General for the Distr
400 6th Street, N.W.
Washington, DC 20001




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

```
Label Matrix for local noticing          945 LONGFELLOW ST NW LLC                 TD Bank, N.A.
0090-1                                   945 LONGFELLOW ST NW #103                c/o Michael D. Nord
Case 24-00181-ELG                        Washington, DC 20011-8218                Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Sun Jun 23 20:56:07 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                         Anthon Thomas                            Ayesha Upshur
E. Barrett Prettyman U. S. Courthouse    945 Longfellow St., NW Unit 10           945 Longfellow St., NW
333 Constitution Ave, NW #1225           Washington, DC 20011-8240                Washington, DC 20011-8218
Washington, DC 20001-2802


Brenda Thompson                          DC GOV'T OFFICE OF TAX AND REVENUE       DC GOV'T OFFICE OF TAX AND REVENUE
945 Longfellow St., NW Unit 12           PO BOX 37559                             PO BOX 75520
Washington, DC 20011-8240                WASHINGTON DC 20013-7559                 WASHINGTON DC 20013-0520


DC Office of Tax and Revenue             Department of Buildings                  Ericka Williams
1101 4th St., SW #270                    1100 4th Street, SW                      945 Longfellow St., NW Unit 11
Washington, DC 20024-4457                Washington, DC 20024-4451                Washington, DC 20011-8240


Fatima Glasco                            Internal Revenue Service                 Kalkidan Kumilachew
945 Longfellow St., NW Unit 6            PO Box 7346                              945 Longfellow St., NW Unit 4
Washington, DC 20011-8240                Philadelphia, PA 19101-7346              Washington, DC 20011-8240


Kevin Gilchrist                          MARINA QUINTANILLA-DOE                   Maria Hernandez
945 Longfellow St., NW Unit 13           945 Longfellow St., NW Unit 5            945 Longfellow St., NW Unit 9
Washington, DC 20011-8240                Washington, DC 20011-8240                Washington, DC 20011-8240


Markita Jordan                           Michael D. Nord, Esq.                    Shantel Bolks
945 Longfellow St., NW Unit 7            Gebhardt & Smith LLP                     945 Longfellow St., NW Unit 1
Washington, DC 20011-8240                One South Street Suite 2200              Washington, DC 20011-8239
                                         Baltimore, MD 21202-3343


TD Bank, N.A.                            U. S. Trustee for Region Four            US Realty LLC
5900 N. Andrews Ave. Suite 200           U. S. Trustee's Office                   2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371           1725 Duke Street                         Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489


Washington Gas and Light Company         District of Columbia Office of Att General
1000 Maine Ave SW 7th Floor              400 6th Street, N.W.
Washington, DC 20024-3496                Washington, DC 20001-0189
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00182-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:20 EDT 2024 | 2501 NAYLOR RD SE ;LLC<br>2501 Naylor Road, SE#103<br>Washington, DC 20020-4026 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Diamond Stewart<br>2501 Naylor Road, SE Unit 3<br>Washington, DC 20020-4026 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Dominique Jones<br>2501 Naylor Road, SE Unit 5<br>Washington, DC 20020-4026 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jessica Phillips<br>2501 Naylor Road, SE Unit B1<br>Washington, DC 20020-4026 |
| Layetta Howard<br>2501 Naylor Road, SE Unit B2<br>Washington, DC 20020-4026 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tiffany Epps<br>2501 Naylor Road, SE Unit 2<br>Washington, DC 20020-4026 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00183-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:34 EDT 2024 | 4303-13 WHEELER RD SE LLC<br>4313 WHEELER RD SE #103<br>Washington, DC 20032-6041 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Antuan Bookens<br>4309 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6040 | Avaye Armstrong<br>4313 Wheeler Road, SE Unit 101<br>Washington, DC 20032-6041 |
| Brittany Hunt<br>4301 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6037 | Charlene Lindsey<br>4305 Wheeler Road, SE Unit 103<br>Washington, DC 20032-6039 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Daeshana Anderson<br>4305 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6039 | Dasiah Gordon<br>4301 Wheeler Road, SE Unit 103<br>Washington, DC 20032-6037 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 |
| Diana Gottschalk Miller<br>4301 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6037 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Ebonie Smith<br>4313 Wheeler Road, SE Unit 301<br>Washington, DC 20032-6025 |
| Finiya Johnson<br>4309 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6040 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacia Garris<br>4301 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6037 |
| Jasmine Sockwell<br>4305 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6039 | John Oldham<br>4305 Wheeler Road, SE Unit 102<br>Washington, DC 20032-6039 | Kendria Sidbury<br>4313 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6025 |
| Kierra Bell<br>4301 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6037 | Kysha Rosario<br>4313 Wheeler Road, SE Unit 102<br>Washington, DC 20032-6041 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Nattonnia Ross<br>4309 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6040 | Paris Reese<br>4313 Wheeler Road, SE Unit 303<br>Washington, DC 20032-6025 |
| Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | Ranita Jordan<br>4301 Wheeler Rd., SE Unit 102<br>Washington, DC 20032-6037 |

Regina February
4313 Wheeler Road, SE Unit 104
Washington, DC 20032-6041

Richeile Pearson
4313 Wheeler Road, SE Unit 103
Washington, DC 20032-6041

Rodecia Mason
4309 Wheeler Road, SE Unit 104
Washington, DC 20032-6040

Ronesha Jones
4313 Wheeler Road, SE Unit 302
Washington, DC 20032-6025

Shakira Bell
4313 Wheeler Road, SE Unit 201
Washington, DC 20032-6041

Shamona Anderson
4301 Wheeler Rd., SE Unit 101
Washington, DC 20032-6037

Shanique Swan
4301 Wheeler Road, SE Unit 204
Washington, DC 20032-6037

Sherod Harvery
4305 Wheeler Road, SE Unit 302
Washington, DC 20032-6039

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

Talanda Garrett
4305 Wheeler Road, SE Unit 204
Washington, DC 20032-6039

Tevin Jackson
4313 Wheeler Road, SE Unit 203
Washington, DC 20032-6041

Tiffany Hunt-Davis
4313 Wheeler Road, SE Unit 202
Washington, DC 20032-6041

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Vernon Jones
4305 Wheeler Road, SE Unit 201
Washington, DC 20032-6039

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00184-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:48 EDT 2024 | 4263 6TH ST SE APARTMENTS LLC<br>4263 6th St SE#103<br>Washington, DC 20032-3626 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Chanel Jackson<br>4263 6th Street, SE Unit 1<br>Washington, DC 20032-3626 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jennifer Patrick<br>4265 6th Street, SE Unit 2<br>Washington, DC 20032-3613 |
| Kris Kieh<br>4263 6th Street, SE Unit 2<br>Washington, DC 20032-3626 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Patrice Taylor<br>4265 6th Street, SE Unit 1<br>Washington, DC 20032-3613 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19

```
Label Matrix for local noticing      4935 NHB AVE NE LLC                    TD Bank, N.A.
0090-1                               4935 Nannie Helen Burroughs Ave, NE#   c/o Michael D. Nord
Case 24-00185-ELG                    Washington, DC 20019-5400              Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                               One South Street
Washington, D.C.                                                            Suite 2200
Sun Jun 23 20:57:02 EDT 2024                                                Baltimore, MD 21202-3343

Washington, D.C.                     Alicia Hurst                           Allen Reeves
E. Barrett Prettyman U. S. Courthouse 4935 Nannie Helen Burroughs Ave, NE   4935 Nannie Helen Burroughs Ave, NE
333 Constitution Ave, NW #1225       Unit 2                                 Unit 6
Washington, DC 20001-2802            Washington, DC 20019-3676              Washington, DC 20019-5400


Ashleigh Palmer                      DC Office of Tax and Revenue           Department of Buildings
4935 Nannie Helen Burroughs Ave, NE  1101 4th St., SW #270                  1100 4th Street, SW
Unit 3                               Washington, DC 20024-4457              Washington, DC 20024-4451
Washington, DC 20019-3677


Department of Consumer and Regulatory Af  Dijonia Hines                    District of Columbia Water and Sewer Aut
1100 4th St SW                       4935 Nannie Helen Burroughs Ave, NE    1385 Canal Street, SE
Washington, DC 20024-4451            Unit 4                                 Washington, DC 20003-5015
                                     Washington, DC 20019-3678


Internal Revenue Service             Latoia Harris                          Massey Property Investors LLC
PO Box 7346                          4935 Nannie Helen Burroughs Ave, NE    12320 Quilt Patch Ln.
Philadelphia, PA 19101-7346          Unit 1                                 Bowie, MD 20720-4359
                                     Washington, DC 20019-3679


Pepco                                Pro Painting & Remodeling Inc.         Rodger Otey
P.O. Box 13608                       15105 Jennings Ln.                     4935 Nannie Helen Burroughs Ave, NE
Philadelphia, PA 19101-3608          Bowie, MD 20721-7208                   Unit 5
                                                                            Washington, DC 20019-3676


TD Bank, N.A.                        U. S. Trustee for Region Four          US Realty LLC
5900 N. Andrews Ave. Suite 200       U. S. Trustee's Office                 2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371       1725 Duke Street                       Washington, DC 20037-1122
                                     Suite 650
                                     Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Maurice VerStandig               End of Label Matrix
                                    Mailable recipients    21
                                    Bypassed recipients     1
                                    Total                  22
```

```
Label Matrix for local noticing          3968 MLK LLC                                TD Bank, N.A.
0090-1                                   1613 17th PL SE#103                         c/o Michael D. Nord
Case 24-00186-ELG                        Washington, DC 20020-5514                   Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                        One South Street
Washington, D.C.                                                                     Suite 2200
Sun Jun 23 20:57:30 EDT 2024                                                         Baltimore, MD 21202-3343

Washington, D.C.                         Brittany Daniel                             DC Department of Health
E. Barrett Prettyman U. S. Courthouse    3968 Martin Luther King Jr. Avenue, SW      899 North Capitol Street, NE 1st Floor
333 Constitution Ave, NW #1225           Unit 2                                      Washington, DC 20002-5686
Washington, DC 20001-2802                Washington, DC 20032-1435


DC Office of Tax and Revenue             Department of Buildings                     District of Columbia Water and Sewer Aut
1101 4th St., SW #270                    1100 4th Street, SW                         1385 Canal Street, SE
Washington, DC 20024-4457                Washington, DC 20024-4451                   Washington, DC 20003-5015


Internal Revenue Service                 JASMINE TAMAKLO                             Massey Property Investors LLC
PO Box 7346                              3968 Martin Luther King Jr. Ave, SW         12320 Quilt Patch Ln.
Philadelphia, PA 19101-7346              Unit 4                                      Bowie, MD 20720-4359
                                         Washington, DC 20032-1435


Michael D. Nord, Esq.                    Pepco                                       Precious Moore
Gebhardt & Smith LLP                     P.O. Box 13608                              3968 Martin Luther King Jr. Avenue, SW
One South Street Suite 2200              Philadelphia, PA 19101-3608                 Unit 3
Baltimore, MD 21202-3343                                                             Washington, DC 20032-1435


Pro Painting & Remodeling Inc.           TD Bank, N.A.                               Towanda Chew
15105 Jennings Ln.                       5900 N. Andrews Ave. Suite 200              3968 Martin Luther King Jr. Ave., SW
Bowie, MD 20721-7208                     Fort Lauderdale, FL 33309-2371              Unit B2
                                                                                     Washington, DC 20032-1435


U. S. Trustee for Region Four            US Realty LLC                               Washington Gas and Light Company
U. S. Trustee's Office                   2300 N ST NW STE 300-RLK                    1000 Maine Ave SW 7th Floor
1725 Duke Street                         Washington, DC 20037-1122                   Washington, DC 20024-3496
Suite 650
Alexandria, VA 22314-3489
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Maurice VerStandig                    End of Label Matrix
                                         Mailable recipients    20
                                         Bypassed recipients     1
                                         Total                  21
```

```
Label Matrix for local noticing          4010 8TH ST SE LLC                       TD Bank, N.A.
0090-1                                   4010 9th St SE #B3                       c/o Michael D. Nord
Case 24-00187-ELG                        Washington, DC 20032-6052                Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Sun Jun 23 20:57:43 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                         Aunette Banks                            DC Department of Health
E. Barrett Prettyman U. S. Courthouse    4010 9th Street, SE Unit 201             899 North Capitol Street, NE 1st Floor
333 Constitution Ave, NW #1225           Washington, DC 20032-6052                Washington, DC 20002-5686
Washington, DC 20001-2802


DC GOV'T OFFICE OF TAX AND REVENUE       DC GOV'T OFFICE OF TAX AND REVENUE       DC Office of Tax and Revenue
PO BOX 37559                             PO BOX 75520                             1101 4th St., SW #270
WASHINGTON DC 20013-7559                 WASHINGTON DC 20013-0520                 Washington, DC 20024-4457



Delonya Boyd                             Department of Buildings                  District of Columbia Water and Sewer Aut
4010 9th Street, SE Unit 101             1100 4th Street, SW                      1385 Canal Street, SE
Washington, DC 20032-6052                Washington, DC 20024-4451                Washington, DC 20003-5015



Internal Revenue Service                 John Amanor                              LAVIA CLARK
PO Box 7346                              4010 9th Street, SE Unit 203             4010 9th Street, SE Unit 301
Philadelphia, PA 19101-7346              Washington, DC 20032-6052                Washington, DC 20032-6052



Lyrics Watkins                           Massey Property Investors LLC            Michael D. Nord, Esq.
4010 9th Street, SE Unit 304             12320 Quilt Patch Ln.                    Gebhardt & Smith LLP
Washington, DC 20032-6052                Bowie, MD 20720-4359                     One South Street Suite 2200
                                                                                  Baltimore, MD 21202-3343


Natasha Sprattley                        Pepco                                    Pro Painting & Remodeling Inc.
4010 9th Street, SE Unit 104             P.O. Box 13608                           15105 Jennings Ln.
Washington, DC 20032-6052                Philadelphia, PA 19101-3608              Bowie, MD 20721-7208



Ronnell Dawson                           Sharon Risper                            TAKITA JOHNSON
4010 9th Street, SE Unit 102             4010 9th Street, SE Unit 202             4010 9th Street, SE Unit 203
Washington, DC 20032-6052                Washington, DC 20032-6052                Washington, DC 20032-6052



TD Bank, N.A.                            Tracy Davis                              U. S. Trustee for Region Four
5900 N. Andrews Ave. Suite 200           4010 9th Street, SE Unit 303             U. S. Trustee's Office
Fort Lauderdale, FL 33309-2371           Washington, DC 20032-6052                1725 Duke Street
                                                                                  Suite 650
                                                                                  Alexandria, VA 22314-3489

US Realty LLC                            Washington Gas and Light Company         William Reed
2300 N ST NW STE 300-RLK                 1000 Maine Ave SW 7th Floor              4010 9th Street, SE Unit 204
Washington, DC 20037-1122                Washington, DC 20024-3496                Washington, DC 20032-6052
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30

```
Label Matrix for local noticing          2440 S ST SE LLC                         TD Bank, N.A.
0090-1                                   2440 S ST SE #B1                         c/o Michael D. Nord
Case 24-00188-ELG                        Washington, DC 20020-4554                Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Sun Jun 23 20:57:56 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                         Charmayne Mcnair                         DC Department of Health
E. Barrett Prettyman U. S. Courthouse    2440 S St., SE Unit 7                    899 North Capitol Street, NE 1st Floor
333 Constitution Ave, NW #1225           Washington, DC 20020-4587                Washington, DC 20002-5686
Washington, DC 20001-2802


DC Office of Tax and Revenue             Demyria Myles                            Department of Buildings
1101 4th St., SW #270                    2440 S St., SE Unit 9                    1100 4th Street, SW
Washington, DC 20024-4457                Washington, DC 20020-4586                Washington, DC 20024-4451


District of Columbia Water and Sewer Aut Emonie Thompson                          Internal Revenue Service
1385 Canal Street, SE                    2440 S St., SE Unit 3                    PO Box 7346
Washington, DC 20003-5015                Washington, DC 20020-4586                Philadelphia, PA 19101-7346


Juanita Hall                             Kemesha Nelson                           Massey Property Investors LLC
2440 S St., SE Unit 11                   2440 S St., SE Unit 4                    12320 Quilt Patch Ln.
Washington, DC 20020-4586                Washington, DC 20020-4587                Bowie, MD 20720-4359


Michael D. Nord, Esq.                    Pepco                                    Pro Painting & Remodeling Inc.
Gebhardt & Smith LLP                     P.O. Box 13608                           15105 Jennings Ln.
One South Street Suite 2200              Philadelphia, PA 19101-3608              Bowie, MD 20721-7208
Baltimore, MD 21202-3343


Ronetta Higgins                          Sarina Washington                        Shanta A. Williams
2440 S St., SE Unit 6                    2440 S St., SE                           2440 S St., SE Unit 2
Washington, DC 20020-4587                Washington, DC 20020-4554                Washington, DC 20020-4586


Shevonne Edmunds                         Summer Arrington                         TD Bank, N.A.
2440 S St., SE Unit 5                    2440 S St., SE Unit 1                    5900 N. Andrews Ave. Suite 200
Washington, DC 20020-4587                Washington, DC 20020-4586                Fort Lauderdale, FL 33309-2371


Tiara Moses                              U. S. Trustee for Region Four            US Realty LLC
2440 S St., SE Unit 10                   U. S. Trustee's Office                   2300 N ST NW STE 300-RLK
Washington, DC 20020-4586                1725 Duke Street                         Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Maurice VerStandig              End of Label Matrix
                                   Mailable recipients   27
                                   Bypassed recipients    1
                                   Total                 28
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00189-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:58:10 EDT 2024 | 4400 HUNT PL NE LLC<br>4400 HUNT PL NE #B1<br>Washington, DC 20019-3663 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Alicea Boots<br>4400 Hunt Place, NE Unit 104<br>Washington, DC 20019-3603 | Asia Taylor<br>4400 Hunt Place, NE Unit 200<br>Washington, DC 20019-3623 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Delonta Richardson<br>4400 Hunt Place, NE Unit 204<br>Washington, DC 20019-3629 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Edward Taylor<br>4400 Hunt Pl, NE Unit 102<br>Washington, DC 20019-3603 | Efrem Perkins<br>4400 Hunt Place, NE Unit 300<br>Washington, DC 20019-3632 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jamar Bush<br>4400 Hunt Place, NE Unit 203<br>Washington, DC 20019-3629 | Janae Caesar<br>4400 Hunt Place, NE Unit 303<br>Washington, DC 20019-3632 |
| Lisa Warren<br>4400 Hunt Place, NE Unit 301<br>Washington, DC 20019-3632 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | Richard Fulton<br>4400 Hunt Place, NE Unit 302<br>Washington, DC 20019-3632 | Sebrina Riggins<br>400 Hunt Pl, NE Unit 101<br>Washington, DC 20019 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Vanecia Walker<br>4400 Hunt Place, NE Unit 201<br>Washington, DC 20019-3623 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25