```
Label Matrix for local noticing          4935 NHB AVE NE LLC                      TD Bank, N.A.
0090-1                                   4935 Nannie Helen Burroughs Ave, NE#     c/o Michael D. Nord
Case 24-00185-ELG                        Washington, DC 20019-5400                Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Thu Jun 27 21:03:40 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                         Alicia Hurst                             Allen Reeves
E. Barrett Prettyman U. S. Courthouse    4935 Nannie Helen Burroughs Ave, NE      4935 Nannie Helen Burroughs Ave, NE
333 Constitution Ave, NW #1225           Unit 2                                   Unit 6
Washington, DC 20001-2802                Washington, DC 20019-3676                Washington, DC 20019-5400


Ashleigh Palmer                          DC Office of Tax and Revenue             Department of Buildings
4935 Nannie Helen Burroughs Ave, NE      1101 4th St., SW #270                    1100 4th Street, SW
Unit 3                                   Washington, DC 20024-4457                Washington, DC 20024-4451
Washington, DC 20019-3677


Department of Consumer and Regulatory Af Dijonia Hines                            District of Columbia Water and Sewer Aut
1100 4th St SW                           4935 Nannie Helen Burroughs Ave, NE      1385 Canal Street, SE
Washington, DC 20024-4451                Unit 4                                   Washington, DC 20003-5015
                                         Washington, DC 20019-3678


Internal Revenue Service                 Latoia Harris                            Massey Property Investors LLC
PO Box 7346                              4935 Nannie Helen Burroughs Ave, NE      12320 Quilt Patch Ln.
Philadelphia, PA 19101-7346              Unit 1                                   Bowie, MD 20720-4359
                                         Washington, DC 20019-3679


Pepco                                    Pro Painting & Remodeling Inc.           Rodger Otey
P.O. Box 13608                           15105 Jennings Ln.                       4935 Nannie Helen Burroughs Ave, NE
Philadelphia, PA 19101-3608              Bowie, MD 20721-7208                     Unit 5
                                                                                  Washington, DC 20019-3676


TD Bank, N.A.                            U. S. Trustee for Region Four            US Realty LLC
5900 N. Andrews Ave. Suite 200           U. S. Trustee's Office                   2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371           1725 Duke Street                         Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Maurice VerStandig                    End of Label Matrix
                                         Mailable recipients    21
                                         Bypassed recipients     1
                                         Total                  22
```