IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | |
| 1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
| 4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
| 4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
| 3968 MLK LLC | ) | Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
| 2440 S ST SE LLC | ) | Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |
| | ) | |

## VERIFIED STATEMENT OF EBONEESE THOMPSON

TO THE HONORABLE BANKRUPTCY JUDGE:

Pursuant to Bankruptcy Rule 2014, Thompson Premier Homes Group, as proposed realtor for the bankruptcy estate of 4935 NHB AVE NE, LLC and by and through Eboneese Thompson, a real estate agent with Thompson Premier Homes Group, respectfully represent as follows:

1. I have made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases and believe that neither I nor Thompson Premier Homes Group have any disqualifying conflicts of interest.

2. Other than stated herein, neither I nor Thompson Premier Homes Group have any connection with the Debtor, any creditors, any other party in interest, their

1

representative attorneys or accountants, the United States Trustee or any person employed in the offices of the United States Trustee.

3. From time to time, Thompson Premier Homes Group and I may act as realtors for the Trustees in other cases before this Bankruptcy Court and others.

I, Eboneese Thompson, declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2024                               */s/ Eboneese Thompson*
                                                  Eboneese Thompson