William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law
Counsel for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | |
| 1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
| 4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
| 4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
| 3968 MLK LLC | ) | Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
| 2440 S ST SE LLC | ) | Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | **(NOT JOINTLY** |
| | ) | **ADMINISTERED)** |
| | ) | |

## AMENDED VERIFIED STATEMENT OF WILLIAM C. JOHNSON, JR. IN SUPPORT OF APPLICATION OF DEBTOR TO AUTHORIZE EMPLOYMENT OF COUNSEL

I, William C. Johnson, Jr., respectfully certify and declare that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I, William C. Johnson, Jr., am an attorney duly admitted to the practice of law in the State of Maryland and in the District of Columbia.

2. I maintain my office to practice law at 6305 Ivy Lane, Suite 630, Greenbelt, Maryland 20770.

3. I have considerable experience in the practice of law, specifically in consumer protection litigation, bankruptcy law, commercial law, and corporate and business law, among others, and believe that I am well qualified to represent the debtor in possession in this case. Following graduation from Villanova University with a Master of Law, I entered private practice, and since that time my practice has for the most part been concentrated in the area of consumer protection, mortgage fraud litigation and related fields.

4. I am willing and able to accept employment by the debtor in possession based on the terms of employment set forth in the Application; that is, at my regular hourly rate, which currently is $450.00 per hour but may be adjusted from time to time; plus expenses, with the understanding and upon the agreement that all of my fees and expenses, including retainer funds, are to be paid by the debtor.

5. I do not have connections with the debtor 4935 NHB AVE NE LLC.

6. Debtor entered a retainer agreement with attorney William Johnson with the initial retainer for post petition services and services in the amount of $7,500.00. To date, the debtor has not paid the initial retainer fee of $0.00. Debtor's prior counsel has a pending fee application for $5,197.50, which will leave $23,907.50 in his trust account if the fee application is granted. The $23,907.50, or other amount determined by the

Court, will represent the sum total of the Attorney's Fees held in trust for the ten (10) debtors in related matter. The remaining balance is to be forwarded to the debtor's current counsel to be held in trust. An apportionment of the remaining trust balance received from debtor's prior counsel will be applied to the account of the debtor in proportion to the other nine (9) debtors in related matters. Allowance of fees and expenses for services in this Chapter 11 case will be subject to the Order of the Court upon due application therefore.

7. To the best of my knowledge, except as disclosed herein, I have no connection with the debtor, with any creditors or other parties in interest, or with their respective attorneys or accountants; and I have no connection with the Office of the United States Trustee or anyone employed therein, or with their respective counsel or accountants.

8. I do not hold or represent any interest that is adverse to the estate, and I believe and assert that I am disinterested person within the meaning of 11 U.S.C. 101(14).

9. I declare under the penalty of perjury that the contents of the foregoing verified statement are true and correct.

Executed this 10th day of July 2024.

| July 10, 2024 | */s/ William C. Johnson, Jr.* |
|---|---|
| | William C. Johnson, Jr., Esq. |
| | Fed Bar No. 470314 |
| | 6305 Ivy Lane |
| | Suite 630 |

        Greenbelt, Maryland 20770
        (301) 477-3450
        (202) 525-2958
        Fax (301) 477-4813
        William@JohnsonLG.Law

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day of July 10, 2024, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

All creditors on Mailing Matrix

July 10, 2024                            */s/ **William C. Johnson, Jr.***
                                              William C. Johnson, Jr., Esq.