Label Matrix for local noticing
0090-1
Case 24-00185-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Thu Jun 27 21:03:40 EDT 2024

4935 NHB AVE NE LLC
4935 Nannie Helen Burroughs Ave, NE#
Washington, DC 20019-5400

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Alicia Hurst
4935 Nannie Helen Burroughs Ave, NE
Unit 2
Washington, DC 20019-3676

Allen Reeves
4935 Nannie Helen Burroughs Ave, NE
Unit 6
Washington, DC 20019-5400

Ashleigh Palmer
4935 Nannie Helen Burroughs Ave, NE
Unit 3
Washington, DC 20019-3677

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

Department of Buildings
1100 4th Street, SW
Washington, DC 20024-4451

Department of Consumer and Regulatory Af
1100 4th St SW
Washington, DC 20024-4451

Dijonia Hines
4935 Nannie Helen Burroughs Ave, NE
Unit 4
Washington, DC 20019-3678

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Latoia Harris
4935 Nannie Helen Burroughs Ave, NE
Unit 1
Washington, DC 20019-3679

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

Rodger Otey
4935 Nannie Helen Burroughs Ave, NE
Unit 5
Washington, DC 20019-3676

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22