UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| 4935 NHB AVE NE LLC | * | Case No. 24-00185 |
| Debtor. | * | Chapter 11 |

*   *   *   *   *   *   *   *   *   *   *   *   *

NOTICE OF ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER PAPERS

PLEASE TAKE NOTICE that Elizabeth Drayden Peters of Gebhardt & Smith LLP, as counsel for TD Bank, N.A., hereby enters her appearance in this case and requests, pursuant to 11 U.S.C. § 102(1) and 342 and Rules 2002, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone, or email addresses indicated below:

Elizabeth Drayden Peters
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5115
Email: epeters@gebsmith.com

*/s/ Elizabeth Drayden Peters*
Elizabeth Drayden Peters
(D.C. Bar No. 90012126)
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5115
Email: epeters@gebsmith.com
Counsel for TD Bank, N.A.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2024, I caused the foregoing Notice of Entry of Appearance and Request for Service of Notices and Other Papers to be sent electronically via the CM/ECF Electronic Filing System to all counsel of record.

*/s/ Elizabeth Drayden Peters*
Elizabeth Drayden Peters