UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>1416 Eastern Ave NE LLC, *et al.*,[1]<br><br>           Debtors. | Case No. 24-00180-ELG<br>Chapter 11<br>Jointly Administered<br><br>Applies to:<br>**4935 NHB Ave NE LLC** |

### NOTES FOR CHAPTER 11 TRUSTEE'S MONTHLY OPERATING REPORT
**(July 24, 2024 – July 31, 2024)**

## Overview

On May 29, 2024, 1416 Eastern Ave NE LLC, *et al.,* (collectively, the "Debtors") each filed a petition for relief under chapter 11 of the Bankruptcy Code. The Debtors' cases are jointly administered. On July 24, 2024, this Court entered an order approving appointment of Marc E. Albert as Chapter 11 trustee of the Debtors' estates [ECF Dkt. No. 71]. Marc E. Albert serves as the duly appointed and qualified trustee ("Trustee") for the Debtors' Chapter 11 estates. Each of the Debtors is named for residential real property that it owns, and the business of each Debtor is rental housing. The locations of the residential real property buildings are as follow:

- 1416 Eastern Avenue Northeast, Washington, DC – (6 Units)
- 945 Longfellow Street Northwest, Washington, DC – (15 Units)
- 2501 Naylor Road Southeast, Washington, DC – (8 Units)
- 4301-4313 Wheeler Road Southeast, Washington, DC – (49 Units)
- 4263-67 6th Street Southeast, Washington, DC – (6 Units)
- 4935 Nannie Helen Burroughs Avenue Northeast, Washington, DC – (6 Units)
- 3968 Martin Luther King Junior Avenue Southwest, Washington, DC – (6 Units)
- 4010 9th Street Southeast, Washington, DC – (14 Units)
- 2440 S Street Southeast, Washington, DC – (14 Units)
- 4400 Hunt Place Northeast, Washington, DC – (15 Units)

(collectively the "Properties"). The Trustee has filed an application to retain bankruptcy counsel in the Debtors' cases and an application to retain a property management company to manage the Properties.

---

[1] The Debtors in these jointly administered chapter 11 cases are 1416 Eastern Ave NE LLC (Case No. 24-00180-ELG), 945 Longfellow St NW LLC (Case No. 24-00181-ELG), 2501 Naylor Rd SE LLC (Case No. 24-00182-ELG), 4303-13 Wheeler Rd SE LLC (Case No. 24-00183-ELG), 4263 6th St SE Apartments LLC (Case No. 24-00184-ELG), 4935 NHB Ave NE LLC (Case No. 24-00185-ELG), 3968 MLK LLC (Case No. 24-00186-ELG), 4010 9th St SE LLC (Case No. 24-00187-ELG), 2440 S St SE LLC (Case No. 24-00188-ELG), and 4400 Hunt Pl NE LLC (Case No. 24-00189-ELG).

**Stub Period Report – 4935 NHB Ave NE LLC**

This report covers the period from the Trustee's appointment on July 24, 2024 – July 31, 2024 (the "Stub Period") for debtor 4935 NHB Ave NE (the "Debtor"). The Trustee did not make any disbursements during the Stub Period. The Trustee received a lump sum payment of $23,907.50 during the Stub Period. The payment was the balance of a retainer for all ten of the Debtors' cases that was turned over from Debtors' replacement bankruptcy counsel, William Johnson. It was paid to Debtors' original bankruptcy counsel by a third party, Geneva Holding Co LLC, an entity controlled by Mr. Razjooyan.

**Bank Accounts**

TD Bank

The Trustee is in the process of transferring the authority for the Debtor's bank account at TD Bank to the Trustee. That process is not yet complete, but it is the Trustee's understanding that the account has been frozen pending the transfer of authority.

Citizens Bank (DIP Acct)

The Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00.

CORE/3516991.0007/191978420.1



**STATEMENT OF ACCOUNT**

4935 NHB AVE NE LLC
4935 NANNIE HELEN BURROUGHS AVE NE
WASHINGTON DC  20019

Page: 1 of 2
Statement Period: Jul 01 2024-Jul 31 2024
Cust Ref #: ▓▓▓▓6757-717-E-***
Primary Account #: ▓▓▓▓6757

## TD Business Convenience Plus

4935 NHB AVE NE LLC                                                            Account # ▓▓▓▓6757

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 27.00 | Average Collected Balance | 1,564.91 |
| Electronic Deposits | 2,030.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 489.80 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 1,567.20 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $175.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | CCD DEPOSIT, DISTRICT OF COLU HCVP FEDER | 2,030.00 |
| | Subtotal: | 2,030.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | ELECTRONIC PMT-WEB, WBWASTESOLUTIONS 2027146241 2136892164 | 489.80 |
| | Subtotal: | 489.80 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 27.00 | 07/05 | 1,567.20 |
| 07/02 | 2,057.00 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

Page: 2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    1,567.20

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.