US Trustee Form 11 - Monthly Operating Report
4935 NHB Ave NE LLC
Case No. 24-00185
Lead Case No. 24-00180

Period ending 10/31/2024

Explanations:

Part 1. The Trustee obtained liability insurance for the property and made the monthly insurance premium of $143.95 for October 2024.  The Trustee also paid United States Trustee fees totaling $500 in October 2024.  Those payments were made from retainer funds for the jointly-administered cases. Those disbursements are reflected in Part 1.c. and Part 1.f.  The Trustee is holding the retainer funds in a trustee account at Axos bank.  A Form 2 report showing the receipt of the retainer and the payments of the monthly insurance premium and the United States Trustee fees is attached to the report filed in the main case (Case No. 24-00180).

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include the United States Trustee fees and the monthly insurance premium disclosed in Part 1 totaling $643.95.  We did not include those expenses made from the Trustee-held Axos Bank account in previous monthly operating reports.

Additionally, the Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00. A statement of account has not yet been received and therefore is not reflected in the August -October 2024 Monthly Operating Reports.

Information on the above items will be reflected in a future reporting period as information is obtained.

# 4935 NHB Ave NE LLC

# MONTHLY OPERATIONAL SUMMARY REPORT

# OCTOBER 2024

**Prepared for:**

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







# Mark Albert Chapter 11 Trustee
## 4935 NHB Ave NE LLC
### October 2024 Monthly Operational Summary

---

Below is a summary of the property management activity during the month of October 2024.

**Income:** During the month $2,830.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $9,740.00.**
See attached aged Delinquency Report for the month of October 2024.

**Vacancies – 2 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $00.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of October 31, 2024, the outstanding payables totaled $1,500.00. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $00.00 (see attached check summary).

**Banking:**

1. Operating Account (TD Bank) – As of October 31, 2024, the account statement balance was $9,457.20. The available and reconciled cash balance as of October 31, 2024, was $9,457.20.

# 4935 NHB Ave NE LLC
## Deposit Register
### Deposit Date = 10/01/2024 - 10/31/2024

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(4935nhb) - 1  10/07/2024** | | | | | | | |
| Otey,Rodger | 4935 | 05 | t0008219 | 10-2024 | 10/7/2024 | 500.00 | 4354049637 |
| Otey,Rodger | 4935 | 05 | t0008219 | 10-2024 | 10/7/2024 | 300.00 | 4354049646 |
| **Total (4935nhb) - 1  10/07/2024** | | | | | | **800.00** | |
| **(4935nhb) - 2  10/01/2024** | | | | | | | |
| Harris,Latoia | 4935 | 01 | t0008216 | 10-2024 | 10/1/2024 | 2,030.00 | 11013322 |
| **Total (4935nhb) - 2  10/01/2024** | | | | | | **2,030.00** | |
| **Grand Total** | | | | | | **2,830.00** | |

**4935 NHB Ave NE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending October 31, 2024**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| 5120 | Rent Income | 800.00 | 800.00 |
| 5121 | Housing Assist Payments | 2,030.00 | 4,060.00 |
| | **Total Rental Income** | 2,830.00 | 4,860.00 |
| | **Miscellaneous Income** | | |
| | Total Miscellaneous Income | - | - |
| | **TOTAL INCOME** | $ 2,830.00 | $ 4,860.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| | Total Administrative Expenses | - | - |
| | **Utilities** | | |
| | Total Utilities | - | - |
| | **Operating & Maintenance Expense** | | |
| | Total Operating & Maintenance Expense | - | - |
| | **Insurance & Taxes** | | |
| | Total Insurance & Taxes | - | - |
| | **TOTAL OPERATING EXPENSE** | $ - | $ - |
| | **NET OPERATING INCOME/(LOSS)** | $ 2,830.00 | $ 4,860.00 |
| | **Financial Expenses** | | |
| | Total Financial Expenses | - | - |
| | **NET INCOME (LOSS)** | $ 2,830.00 | $ 4,860.00 |
| | **Replacement Reserve Item Expense** | | |
| | Total Replacement Reserve Item Expense | - | - |
| | **Other Cash Flow Items** | | |
| | Total Other Cash Flow Items | - | - |
| | **TOTAL CASH FLOW** | $ 2,830.00 | $ 4,860.00 |

**4935 NHB Ave NE LLC**
**General Ledger (Cash)**
**Month = Oct 2024**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Net Change=0.00** | | | 0.00 | 0.00 | 0.00 = Ending Balance = | |
| **Grand Total** | | | | | | **0.00** | **0.00** | | |

**4935 NHB Ave NE LLC**
**Trial Balance (Cash)**
Month = Oct 2024

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 6,627.20 | 2,830.00 | 0.00 | 9,457.20 |
| 2090 | Other Current Liabilities | (4,597.20) | 0.00 | 0.00 | (4,597.20) |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 5120 | Rent Income | 0.00 | 0.00 | 800.00 | (800.00) |
| 5121 | Housing Assist Payments | (2,030.00) | 0.00 | 2,030.00 | (4,060.00) |
| | **Grand Total** | **0.00** | **2,830.00** | **2,830.00** | **0.00** |

**4935 NHB Ave NE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Oct 2024**

| Account | Oct 2024 |
|---|---:|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 9,457.20 |
| **TOTAL CASH** | $ 9,457.20 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| Total Fixed Assets | $ - |
| **TOTAL ASSETS** | **$ 9,457.20** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 4,597.20 |
| **TOTAL CURRENT LIABILITIES** | $ 4,597.20 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 4,860.00 |
| **TOTAL OWNER'S EQUITY** | $ 4,860.00 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 9,457.20** |

**4935 NHB Ave NE LLC**
**Residential Rent Roll**

**As of Date 10/31/2024**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2 | 0 | t0008216 | Latoia Harris | 2,090.00 | 2,090.00 | 0.00 | 0.00 | 9/1/2024 | | | 120.00 |
| 02 | 2 | 0 | t0008217 | Alicia Hurst | 2,090.00 | 2,090.00 | 0.00 | 0.00 | 9/1/2024 | | | 4,180.00 |
| 03 | 2 | 0 | t0008218 | Ashleigh Palmer | 2,090.00 | 2,090.00 | 0.00 | 0.00 | 9/1/2024 | | | 4,180.00 |
| 04 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 05 | 2 | 0 | t0008219 | Rodger Otey | 1,030.00 | 1,030.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,260.00 |
| 06 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 7,300.00 | 0.00 | 0.00 | | | 9,740.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 7,300.00 | | | | 4 | 66.67% | |
| Vacant Units | 0 | 0.00 | | | | 2 | 33.33% | |
| Totals: | 0 | 7,300.00 | 7,300.00 | 0.00 | 0 | 6 | 100.00% | 9,740.00 |

**Aging Summary**

4935 NHB Ave NE LLC (4935)
Trans through: 10/24
Age As of: 10/31/2024

Page 7

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| **4935 - 4935 NHB Ave NE LLC** | | | | | | | | | |
| 01 | t0008216 Current | Latoia Harris | 120.00 | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| 02 | t0008217 Current | Alicia Hurst | 4,180.00 | 2,090.00 | 2,090.00 | 0.00 | 0.00 | 0.00 | 4,180.00 |
| 03 | t0008218 Current | Ashleigh Palmer | 4,180.00 | 2,090.00 | 2,090.00 | 0.00 | 0.00 | 0.00 | 4,180.00 |
| 05 | t0008219 Current | Rodger Otey | 1,260.00 | 1,030.00 | 230.00 | 0.00 | 0.00 | 0.00 | 1,260.00 |
| **Total 4935 - 4935 NHB Ave NE LLC** | | | 9,740.00 | 5,270.00 | 4,470.00 | 0.00 | 0.00 | 0.00 | 9,740.00 |
| **Grand Total** | | | 9,740.00 | 5,270.00 | 4,470.00 | 0.00 | 0.00 | 0.00 | 9,740.00 |

### 4935 NHB Ave NE LLC
### Payable - Aging Summary
### Age as of =10/31/2024

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---:|---:|---:|---:|---:|
| **4935 NHB Ave NE LLC - 4935** | | | | | |
| noble - Noble Realty Advisors LLC | 1,500.00 | 1,000.00 | 500.00 | 0.00 | 0.00 |
| **Total 4935 NHB Ave NE LLC** | **1,500.00** | **1,000.00** | **500.00** | **0.00** | **0.00** |
| **Grand Total** | **1,500.00** | **1,000.00** | **500.00** | **0.00** | **0.00** |

# 4935 NHB Ave NE LLC
## Payment Summary
### Payment Date = 10/01/2024 - 10/30/2024

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|------|--------|--------|------------|------------|--------------|-----------------|
| **Grand Total** | | | | | **0.00** | |

# 4935 Cash Receipts

## Bank Reconciliation Report
## 10/31/2024

███████6757

| | | |
|---|---|---:|
| **Balance Per Bank Statement as of 10/31/2024** | | **9,457.20** |
| | **Reconciled Bank Balance** | **9,457.20** |
| | | |
| **Balance per GL as of 10/31/2024** | | **9,457.20** |
| | **Reconciled Balance Per G/L** | **9,457.20** |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

E    **STATEMENT OF ACCOUNT**

4935 NHB AVE NE LLC
MARC ALBERT CHAPTER 11 TRUSTEE
1775 PENNSYLVANIA AVENUE N.W. SUITE 800
WASHINGTON DC  20006

Page: 1 of 2
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: 6757-717-E-***
Primary Account #: 6757

## TD Business Convenience Plus

4935 NHB AVE NE LLC
MARC ALBERT CHAPTER 11 TRUSTEE

Account # 6757

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 6,627.20 | Average Collected Balance | 9,136.87 |
| Deposits | 800.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,030.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 9,457.20 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $175.00 |

**DAILY ACCOUNT ACTIVITY**

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/10 | DEPOSIT | 800.00 |
| | Subtotal: | 800.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | CCD DEPOSIT, DISTRICT OF COLU HCVP FEDER | 2,030.00 |
| | Subtotal: | 2,030.00 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 6,627.20 | 10/10 | 9,457.20 |
| 10/02 | 8,657.20 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender